UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCO CONDO PORTFOLIO (AZ) JUNIOR MEZZANINE, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ZIEL FELDMAN and H F Z CAPITAL GROUP LLC,<br><br>                Defendants. | Case No. |

**CORPORATE DISCLOSURE STATEMENT OF CCO CONDO PORTFOLIO (AZ) JUNIOR MEZZANINE, LLC, PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, Plaintiff CCO Condo Portfolio (AZ) Junior Mezzanine, LLC, a non-governmental limited liability company, certifies that it is wholly owned by CIM Real Estate Finance Trust, Inc.  CIM Real Estate Finance Trust, Inc. is a publicly-held, non-listed, Maryland corporation.

Respectfully submitted,

DECHERT LLP

By:  */s/ Gary Mennitt*
     Gary Mennitt
     Pat Andriola
     Dechert LLP
     1095 Sixth Ave.
     New York, NY 10036
     Tel. 212-698-3831
     gary.mennitt@dechert.com
     pat.andriola@dechert.com

*Attorneys for Plaintiff CCO Condo Portfolio (AZ) Junior Mezzanine, LLC*