UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CCO CONDO PORTFOLIO (AZ) JUNIOR
MEZZANINE LLC,

                Plaintiff,

- against -

ZIEL FELDMAN and HFZ CAPITAL GROUP
LLC,

                Defendants.

------------------------------------------------------------ x

**PROPOSED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**
Case No.: 21-cv-02508 (ER)

    This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties **do not consent** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2. This case is **not** to be tried to a jury.

3. Joinder of additional parties must be accomplished by October 21, 2022.

4. Amended pleadings may be filed until October 21, 2022.

5. Interrogatories shall be served no later than November 11, 2022, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall** apply to this case.

6. First request for production of documents, if any, shall be served no later than November 11, 2022.

7. Non-expert depositions shall be completed by March 27, 2023.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than March 6, 2023.

9. Requests to Admit, if any, shall be served no later than March 6, 2023.

10. Expert reports shall be served no later than March 3, 2023.

11. Rebuttal expert reports shall be served no later than April 14, 2023.

12. Expert depositions shall be completed by May 5, 2023.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY MAY 8, 2023.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____ .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____ , at _____ . (The Court will set this date at the initial conference.)

Dated: New York, New York

_____

                                              Edgardo Ramos, U.S. District Judge

                                              _____