UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CCO CONDO PORTFOLIO (AZ) JUNIOR
MEZZANINE LLC,

                          Plaintiffs,                    Case No.: 21-cv-02508 (ER)

                v.                                  **AFFIDAVIT OF**
                                                      **MELISSA A. VALLEJO**

ZIEL FELDMAN and HFZ CAPITAL GROUP
LLC,

                          Defendants.
-----------------------------------------------------------------x

State of New York   )
                            ) ss.:
County of New York )

       Melissa A. Vallejo, being duly sworn, deposes and says:

       1.      I am associated with the law firm of Dechert LLP, located at Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036-6797. I respectfully submit this affidavit in support of the motion for my admission *pro hac vice* in the above-captioned matter to represent Plaintiff CCO Condo Portfolio (AZ) Junior Mezzanine, LLC before this Court.

       2.      I am a member of the Bar of the New York and have been a member in good standing since October 19, 2019. A certificate of good standing is annexed hereto as Exhibit A.

       3.      I am fully familiar with the facts and circumstances of this case.

       4.      There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

                                                                   _/s/ Melissa Vallejo_

Sworn to before me this
____ day of September 2022

_Elizabeth J. Gardner_
Notary Public

ELIZABETH J. GARDNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA6428942
Qualified in New York County
Commission Expires _____/2022