UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CCO CONDO PORTFOLIO (AZ) JUNIOR
MEZZANINE LLC,

                      Plaintiffs,                      Case No.: 21-cv-02508 (ER)

       v.

ZIEL FELDMAN and HFZ CAPITAL GROUP
LLC,

                      Defendants.
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AND REQUEST TO SO-ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Melissa A. Vallejo respectfully requests to be withdrawn as counsel of record in this matter and requests removal from service of any further pleadings in connection with it. After February 2. 2023, Ms. Vallejo will no longer be a member of or otherwise affiliated with Dechert LLP, counsel of record for Plaintiff CCO Condo Portfolio (AZ) Junior Mezzanine, LLC, and therefore will no longer represent CCO Condo Portfolio (AZ) Junior Mezzanine, LLC, in this action.

The appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
      January 26, 2023

Respectfully Submitted,

_/s/ Melissa A. Vallejo_
Melissa A. Vallejo
DECHERT LLP
melissa.vallejo@dechert.com
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (646) 731-6192
Fax: (212) 698-3599

SO ORDERED

_____
Honorable Edgardo Ramos
Dated:  January 27, 2023