**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CCO CONDO PORTFOLIO (AZ) JUNIOR
MEZZANINE, LLC,

                        Plaintiff,
          -against-                                     21 **CIVIL** 2508 (ER)

                                                               **<u>JUDGMENT</u>**

ZIEL FELDMAN and HFZ CAPITAL GROUP LLC,

                        Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 14, 2024, considering the entire process as a whole, the Court concludes that the January 7 sale was commercially reasonable. CCO Condo is entitled to the following damages from Defendants: $86,350,220.27 for the amounts due under the guaranties and for attorney fees and costs incurred through summary judgment, see CCO Condo, 2022 WL 3867910, at *6, as well as $732,858.40 for attorney fees and costs incurred since summary judgment, see Doc. 47 Paragraph 240. CCO Condo is also entitled to prejudgment interest at the rate of 9% on only the amounts due under the guaranties ($86,042,036.29) from April 22, 2021, until the date judgment is entered, in the amount of $21,809,888.21. See Pl.'s Trial Ex. 1 Paragraph 69 & n.6; accordingly, the case is closed.

**Dated:**  New York, New York

       February 14, 2024

                                                                   **RUBY J. KRAJICK**
                                                                     _____
                                                                         **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                    _____
                                                                         **Deputy Clerk**